**McNEIL v. GARDNER**

[332 N.C. 481 (1992)]

ALBERT A. McNEIL, Administrator of the Estate of CLEMENTINE SMITH McNEIL v. DEREK KENNETH GARDNER

No. 30A92

(Filed 1 October 1992)

APPEAL pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 104 N.C. App. 692, 411 S.E.2d 174 (1992), reversing the judgment of *Johnson, J.*, at the 1 October 1990 Civil Session of Superior Court, NEW HANOVER County. Heard in the Supreme Court on 11 September 1992.

*Yow, Culbreth & Fox, by Stephen E. Culbreth and Jerry A. Mannen, Jr., for the plaintiff-appellee.*

*Smith & Smith, by Walter M. Smith, for the defendant-appellant.*

PER CURIAM.

Affirmed.